396 A.2d 827

Commonwealth v. Sawyer, Appellant.

Argued October 23, 1978. Leonard I. Sharon, for appellant; Joseph E. Ferens, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.